# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY FREEMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**SYNCHRONY BANK; AND GURSTEL LAW FIRM, P.C.,**<br><br>Defendants. | Case No.: 2:24-cv-01614-JAM-SCR<br><br>**ORDER DISMISSING DEFENDANT GURSTEL LAW FIRM, P.C. WITH PREJUDICE (ECF No. 14)**<br><br>**HON. JOHN A. MENDEZ** |

Based upon Plaintiff ASHLEY FREEMAN's Voluntary Dismissal, and good cause, this Court hereby orders Defendant GURSTEL LAW FIRM, P.C. to be, and is, **DISMISSED with prejudice.**

IT IS SO ORDERED.

Dated: August 28, 2024      /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE