**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Charles B. Cummins (354861)
charles@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
ASHLEY FREEMAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEY FREEMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**SYNCHRONY BANK; AND GURSTEL LAW FIRM, P.C.,**<br><br>Defendants. | **Case No.:** 2:24-cv-01614-JAM-SCR<br><br>**STIPULATION TO DISMISS DEFENDANT SYNCHRONY BANK WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>**HON. JOHN A. MENDEZ** |

Plaintiff ASHLEY FREEMAN ("Plaintiff") and Defendant SYNCHRONY BANK, by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal pursuant to Rule 41(a) of the Federal Rule of Civil Procedure.

Plaintiff and SYNCHRONY BANK hereby jointly move to dismiss SYNCHRONY BANK WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date: February 6, 2025                                    **LOKER LAW, APC**

                                    By: ___/s/ MATTHEW M. LOKER___
                                              MATTHEW M. LOKER, ESQ.
                                              ATTORNEY FOR PLAINTIFF

                                    **REED SMITH LLP**

                                    By: ___/s/ Steven P. Warner___
                                              STEVEN P. WARNER, ESQ.
                                    ATTORNEY FOR DEFENDANT, SYNCHRONY BANK

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: February 6, 2025                                    **LOKER LAW, APC**

                                              ___/s/ MATTHEW M. LOKER___
                                              MATTHEW M. LOKER, ESQ.

# CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiff ASHLEY FREEMAN*'s *Stipulation to Dismiss Defendant SYNCHRONY BANK with Prejudice* has been submitted on February 6, 2025 to all defense counsel of record via e-mail.

   /S/ MATTHEW M. LOKER\_\_\_
MATTHEW M. LOKER, ESQ.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>Defendant. | Case No.: 2:24-cv-01614-JAM-SCR<br><br>**ORDER**<br><br>HON. JOHN A. MENDEZ |

Based upon the Parties' Stipulation, Defendant SYNCHRONY BANK is **DISMISSED with prejudice**. Each party to bear their own attorneys' fees and costs. Because this is the last remaining defendant, all previously set deadlines and hearings are **VACATED**.

The Clerk of Court is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

Dated: February 07, 2025    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE